# IN THE SUPREME COURT OF ALABAMA



## December 15, 2023

SC-2023-0514

Ex parte The East Alabama Health Care Authority, Inc. PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Amanda Sorrells Fuller v. The East Alabama Health Care Authority, Inc.) (Chambers Circuit Court: CV-22-900010).

## <u>ORDER</u>

The petition for writ of mandamus in this cause is denied.

MENDHEIM, J. -- Parker, C.J., and Shaw, Bryan, Stewart, and Mitchell, JJ., concur. Wise, Sellers, and Cook, JJ., dissent.

**Witness my hand on December 15, 2023.**

*Megan B. Rhodebeck*

**Clerk of Court,**
**Supreme Court of Alabama**